FILED
CLERK, U.S. DISTRICT COURT
4/4/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: cd DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JESUS DELGADO,<br><br>    Defendant. | 2:19-CR-116-DMG<br><br>ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |

    On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

    The court finds no condition or combination of conditions that will reasonably assure:

    (A)  (X)  the appearance of defendant as required; and/or

    (B)  (X)  the safety of any person or the community.

//
//

The court concludes:

A. (x) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:
    He does not pose a risk.

(B) (x) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:
    He will appear as required.

IT IS ORDERED that defendant be detained.

DATED: 4/4/2022

*John E. McDermott*
JOHN E. MCDERMOTT
UNITED STATES MAGISTRATE JUDGE